THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ERIC RABANG, | Case No.: **2:18-CV-01685-WBS-DB** |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | Current Response date: July 5, 2018 |
| EQUIFAX INC., et al., | New Response Date: August 6, 2018 |
| Defendants. | |

Plaintiff ERIC RABANG ("Plaintiff") and Defendant EQUIFAX INC. ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on June 13, 2018

2. Defendant's initial deadline to respond to the Complaint was July 5, 2018.

3. Plaintiff and Defendant agree to extend the time 30 days for Defendant to respond to the Complaint up to and including August 6, 2018, so that Defendant will have additional time to investigate this matter and the parties can explore the possibility of settlement.

- 1 –
_____
STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted July 6, 2018:

        NOKES & QUINN

        /s/ Thomas P. Quinn, Jr.
        THOMAS P. QUINN, JR. (Bar No. 132268)
        NOKES & QUINN
        410 Broadway, Suite 200
        Laguna Beach, CA 92651
        Tel: (949) 376-3500
        Fax: (949) 376-3070
        Email: tquinn@nokesquinn.com
        Attorney for Defendant Equifax Inc.

        /s/ Elliot W. Gale (as authorized on June 14, 2018)
        ELLIOT W. GALE (Bar No. 263326)
        SAGARIA LAW, P.C.
        3017 Douglas Blvd, Suite 200
        Roseville, CA 95661
        Tel: (408) 279-2288
        Fax: (408) 279-2299
        Email: egale@sagarialaw.com
        Attorney for Plaintiff

**Signature Attestation**

I obtained the authorization of Elliot W. Gale to affix his signature to this stipulation and submit this stipulation on his behalf.

July 6, 2018        /s/ Thomas P. Quinn, Jr.
        THOMAS P. QUINN, JR.

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

# ORDER

Pursuant to stipulation, Defendant Equifax Inc. is granted a further extension to respond to Plaintiff's complaint for 30 days up to and including August 6, 2018.

**IT IS SO ORDERED**

Dated: July 6, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT