**Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 Ninth Street, Suite 2350**
**Sacramento, CA 95814**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RABANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>　　　　Defendants. | Case No. 2:18-cv-01685-WBS-DB<br>Sacramento County Superior Court<br>Case No.: 34-2018-00230752<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiff and Defendant DITECH FINANCIAL LLC,

IT IS HEREBY ORDERED that the time for Defendant DITECH FINANCIAL LLC to respond to Plaintiff's Complaint shall be and hereby is extended up to and including September 27, 2018.

**IT IS SO ORDERED.**

Dated: September 21, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE