Stuart B. Wolfe (SBN 156471)
*sbwolfe@wolfewyman.com*
Joshua M. Bryan (SBN 225230)
*jmbryan@wolfewyman.com*
WOLFE & WYMAN LLP
980 Ninth Street, Suite 2350
Sacramento, CA 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RABANG,<br><br>     Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., et al,<br><br>     Defendants. | Case No. 2:18-cv-01685-WBS-DB<br>Sacramento County Superior Court<br>Case No.: 34-2018-00230752<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiff and Defendant DITECH FINANCIAL LLC,

   IT IS HEREBY ORDERED that the time for Defendant DITECH FINANCIAL LLC to respond to Plaintiff's Complaint shall be and hereby is extended up to and including October 12, 2018.

   **IT IS SO ORDERED.**

   Dated: October 3, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3164110.1