| | |
|---|---|
| 1 | Erik J. Jones, Esq.  (IN #34657-53) |
| 2 |   *(admitted Pro Hac Vice)*<br>Schuckit & Associates, P.C. |
| 3 | 4545 Northwestern Drive<br>Zionsville, IN  46077 |
| 4 | Telephone:  317-363-2400<br>Fax:  317-363-2257 |
| 5 | E-Mail:  ejones@schuckitlaw.com |
| 6 | *Lead Counsel for Defendant Trans Union, LLC*<br>*Designated Counsel for Service* |
| 7 | |
| 8 | Kurtis J. Anders, Esq. (CSB #269333)<br>Jacobsen & McElroy PC |
| 9 | 2401 American River Drive, Suite 100<br>Sacramento, CA  95825 |
| 10 | Telephone:  916-971-4100<br>Fax:  916-971-4150 |
| 11 | E-Mail:  kanders@jacobsenmcelroy.com |
| 12 | *Counsel for Defendant Trans Union, LLC* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | | |
|---|---|---|
| ERIC RABANG,<br>          Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; DITECH FINANCIAL LLC; and DOES 1 through 100 inclusive,<br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:18-cv-01685-WBS-DB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

      Plaintiff Eric Rabang, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-01685-WBS-DB**

Respectfully submitted,

Date:  10/26/2018          */s/ Elliot Gale (with consent)*
                           Elliot Gale, Esq.
                           Sagaria Law, P.C.
                           3017 Douglas Boulevard, Suite 200
                           Roseville, CA  95661
                           Telephone:   408-279-2288
                           Fax:   408-279-2299
                           E-Mail:  egale@sagarialaw.com

                           *Counsel for Plaintiff Eric Rabang*

Date:  10/29/2018          */s/ Erik J. Jones*
                           Erik J. Jones, Esq.  (IN #34657-53)
                             *(admitted Pro Hac Vice)*
                           Schuckit & Associates, P.C.
                           4545 Northwestern Drive
                           Zionsville, IN  46077
                           Telephone:  317-363-2400
                           Fax:  317-363-2257
                           E-Mail:  ejones@schuckitlaw.com

                           *Lead Counsel for Defendant Trans Union, LLC*

                           Kurtis J. Anders, Esq. (CSB #269333)
                           Jacobsen & McElroy PC
                           2401 American River Drive, Suite 100
                           Sacramento, CA  95825
                           Telephone:  916-971-4100
                           Fax:  916-971-4150
                           E-Mail:  kanders@jacobsenmcelory.com

                           *Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-01685-WBS-DB**

Page 2 of 3

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Eric Rabang against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Eric Rabang and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. |

Dated: November 1, 2018

_William B. Shubb_ (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| | |
|---|---|
| Elliot Gale, Esq.<br>egale@sagarialaw.com | Thomas P. Quinn, Jr., Esq.<br>tquinn@nokesquinn.com |
| Eileen T. Booth, Esq.<br>jhawkins@jacobsenmcelroy.com | Erik J. Jones, Esq.<br>ejones@schuckitlaw.com |
| Joshua M. Bryan, Esq.<br>jmbryan@wolfewyman.com | Katherine A. Neben, Esq.<br>kneben@jonesday.com |
| Kurtis Anders, Esq.<br>kanders@jacobsenmcelry.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-01685-WBS-DB**

Page 3 of 3