Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Eric Rabang

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| ERIC RABANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>　　　　Defendant. | Case No.: 2:18-cv-01685-WBS-DB<br><br>**ORDER** |

　　　　Pursuant to the stipulation of the Parties, Ditech Financial LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

　　　　IT IS SO ORDERED.

Dated: January 30, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE